Jurisdiction is relinquished.

**Richard Thomas PERRY, Respondent**

v.

**James McCAFFERY, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 20, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Superior Court is **VACATED** and this matter is **REMANDED** to the Superior Court to address Petitioner's third claim. *See Com-*

*monwealth v. Laboy,* —— Pa. ——, 936 A.2d 1058, 2007 WL 4163852 (2007).